UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>            Plaintiff,<br><br>      vs.<br><br>F. GARCIA, et al.,<br><br>            Defendants. | No. 1:20-cv-01210-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 8.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDERS<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Jerry Dillingham is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights case pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2021,  the court entered findings and recommendations, recommending that this case be dismissed for plaintiff's failure to comply with the court's orders issued on August 27, 2020 and February 1, 2021.[1]  (Doc. 8.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period has

---

[1] The two orders required plaintiff to file a completed form indicating whether he consents to or declines magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

1

expired, and plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on April 9, 2021 (Doc. No. 8), are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to comply with court orders; and
3. The clerk of court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated: **July 30, 2021**

_____
UNITED STATES DISTRICT JUDGE